ORIGINAL


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/16/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
CHRISTIAN LOUBOUTIN SAS, CHRISTIAN LOUBOUTIN, L.L.C., and CLERMON ET ASSOCIES,

Plaintiffs,

- against -

MEHDI MOHAMED NASRALLAH,

Defendant.
- - - - - - - - - - - - - - - - - - -X

23 Civ. 11104 (LLS)

ORDER

Plaintiffs commenced this action by filing a complaint on December 21, 2023, and obtained a Clerk's Certificate of Default against the sole defendant on January 23, 2024. Since that time, no action has been taken in this case. Accordingly, it is

ORDERED, that this action is dismissed without prejudice for failure to prosecute. The Clerk of Court is directed to close this case.

Dated: New York, New York
September 16, 2026

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.